IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDONIA ANN TATE,
    Plaintiff,

vs.                              Case No: 3:05cv176/RV/MD

DEPUTY TOM JOHNSON, et al.,
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. This case was opened on May 12, 2005 upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). On August 12, 2005 plaintiff was ordered to file an amended complaint within thirty days (doc. 7). Plaintiff did not respond to the court's order. Accordingly, on October 11, 2005 this court issued an order requiring plaintiff to show cause within twenty days why this case should not be dismissed for failure to prosecute and failure to comply with an order of the court (doc. 8). To date plaintiff has not responded to the show cause order, nor has she filed an amended complaint.

    Accordingly, it is respectfully RECOMMENDED:

    That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

    DONE AND ORDERED this 2nd day of November, 2005.

/s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** ***United States v. Roberts***, **858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 3:05cv176/RV/MD*