UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SIDONIA ANN TATE,

    Plaintiff,

VS                                                CASE NO. 3:05cv176-RS

DEPUTY TOM JOHNSON, et al.,

    Defendants.

**ORDER**

This cause is before the Court upon the Magistrate Judge's Report and Recommendation dated November 2, 2005 (Doc. 9).

IT IS ORDERED:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2.     The Clerk is ordered to dismiss this action without prejudice.

ORDERED on December 6, 2005.

                                                /s/ Richard Smoak
                                                RICHARD SMOAK
                                                UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: \_\_\_\_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: _____

Document No.